An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVIN SHADEL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHAEL VILLANI, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68284

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION

This original petition for a writ of mandamus asks this court to order the district court to grant petitioner Devin Shadel's petition for a writ of mandamus, in which he sought an order directing the justice court to vacate his conviction and sentence and to hold a hearing to determine whether he violated a provision of his deferred sentencing. We are not convinced that our intervention is warranted for two reasons. First, Shadel has a plain, speedy, and adequate remedy in the ordinary course of law by way of an appeal from the district court's denial of his petition for a writ of mandamus. *See* NRS 34.170; *see also* NRS 2.090(2), NRAP 3A(b)(1). Second, Shadel has not provided an appendix that includes documents "that may be essential to understand the matter set forth in the petition." NRAP 21(a)(4); *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 229, 88 P.3d 840, 844 (2004) ("If essential information is left

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27542

out of the petition and accompanying documentation, we have no way of properly evaluating the petition.").[1]  For these reasons, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Michael Villani, District Judge
        Clark County Public Defender
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]Specifically, Shadel fails to provide this court with a transcript or order from the justice court, in which the provisions of Shadel's deferred sentencing were imposed.

SUPREME COURT
OF
NEVADA

(O) 1947A